989 A.2d 912

COMMONWEALTH of Pennsylvania ex rel. Joseph A. ELLIOTT, Sr., Le Jure, Institution Number: CA1717 169 Progress Drive, Waynesburg, Pennsylvania 15370, Petitioner

v.

COMMONWEALTH of Pennsylvania, COURT OF COMMON PLEAS OF CUMBERLAND COUNTY, Pennsylvania Criminal/Civil Division, the Honorable Judge Edgar B. Bayley, 1 Courthouse Square, Carlisle, Pennsylvania 17013–3387, Respondent.

### No. 151 EM 2009.

Supreme Court of Pennsylvania.

Feb. 25, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 25th day of February, 2010, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **GRANTED.** The Court of Common Pleas of Cumberland County is directed to adjudicate the matter filed at 2007–01832 within 120 days of this order. The Prothonotary is directed to strike the name of the jurist from the caption.